W. J. WILSON, Appellant,

v.

The STATE of Texas, Appellee.

No. 37691.

Court of Criminal Appeals of Texas.

Feb. 3, 1965.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful selling of securities without being a registered dealer; the punishment, confinement in the penitentiary for one year and a fine of $1,000.00.

No statement of facts accompanies the record, but the transcript reflects that the trial was had before a jury.

Under the authority of Article 847, Vernon's Ann.C.C.P., the judgment and sentence are reformed to show that appellant was adjudged guilty of selling securities without being a registered dealer.

The proceedings appearing regular, the judgment and sentence are reformed and as reformed, this conviction is affirmed.